STATE OF MISSISSIPPI

COUNTY OF HARRISON

### AFFIDAVIT OF GARY T. HARGROVE, HARRISON COUNTY CORONER

Personally came and appeared before me, the undersigned authority in and for the county and state the within named GARY T. HARGROVE, who after being first duly sworn by me on oath, did depose and state the following:

I.

My name is Gary T. Hargrove and I am over the age of 21 years and am not the convict of a felony. I am the Harrison County Coroner, an elected public official for Harrison County, Mississippi.

II.

I am not an employee of Harrison County.

III.

I have personal knowledge of the matters and facts contained in this Affidavit and am competent to testify to the matters herein.

IV.

I am not an official policymaker for the Harrison County Sheriff's Office or Harrison County, Mississippi.

V.

On December 7, 2006, in my official capacity as Coroner, I was called upon to investigate the death of Lee Demond Smith which occurred at the Garden Park Medical Center in Gulfport, Mississippi. I investigated the death and having reviewed the official autopsy report from Dr. Paul Anthony McGarry, M.D., confirmed the primary cause of death was myocardial



EXHIBIT

tabbies®

1

hypoxia due to pulmonary atelectasis due to a convulsive seizure from a pulmonary embolus of the deep leg veins and pelvic thrombi.  The investigation showed there were no injuries in the deceased's chest, neck, abdomen, pelvis, extremities or anywhere on the deceased's body. The deceased, Lee Demond Smith, died from natural causes.

VI.

I nor Dr. McGarry with anyone else conspired to or misrepresented any facts or reports. A copy of my official report, which was confirmed by the Department of Justice and Department of Defense, is attached hereto.

Further Affiant saith not.

_____
GARY T. HARGROVE


SWORN TO AND SUBSCRIBED BEFORE ME, this the ___10th___ day of February, 2009.

_____
NOTARY PUBLIC


My Commission Expires:



_____

-2-

**MSME**    **STATE MEDICAL EXAMINER**    **REPORT OF DEATH INVESTIGATION (HARRISON COUNTY)**

| Case Number | 06-924-N | | | | | | | |

**DECEDENT:** LEE / DEMOND / SMITH

| First Name | Middle Name | Last Name | Jr.,Sr.,III,etc. |

**ADDRESS:** 517 ESTERS BLVD / BILOXI / MS / HARRISON

(Number and Street or Route, Box No.)   City   State   Zip Code   County

### INFORMATION ABOUT DECEDENT AND DESCRIPTION OF BODY

**SSN:** 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   **Date of Birth:** 04/29/1985   **Age:** 21   **Marital Status** Never Married

**Race** Afro-American   **Sex** Male   **Head-Hair** Black   **Other Hair** GOATEE

**Clothing** Clothed   **Eye Color:** BROWN   **Eyes** R   L   **Weight: appr.** 200

**Length:** 5' 10"   **Miscellaneous**   **Body Temperature** Warm

**Rigor: Neck** ✓ 0 ☐ 1+ ☐ 2+ ☐ 3+   **Arms** ✓ 0 ☐ 1+ ☐ 2+ ☐ 3+   **Legs** ✓ 0 ☐ 1+ ☐ 2+ ☐ 3+

**Liver Color:** PURPLE   **Liver Fixed** No   ☐ **Anterior** ✓ **Posterior** ☐ **Lateral**

**Blood** ☐ Nose ☐ Mouth ☐ Ears ☐ Clothing ✓ None   **Froth** Absent

**Other (Dirt, Water, etc)** ☐ Nose ☐ Mouth ☐ Ears ✓ None   **Decomposition** None

**OCCUPATION**   **Type of Work:**   **Industry:**   ✓ **No Occupational Information**

### INFORMATION ABOUT OCCURRENCE

| | | Date | | Time | Location | | County | Type of Premises |
|---|---|---|---|---|---|---|---|---|
| On The Job | No | | | | | | | |
| Injury or Onset of Illness: | Actual | 12/17/2006 | Actual | 1309 10451 LARKIN SMITH DRIVE | GPT, MS | | HARRISON | JAIL |
| | | | | By Whom? Name/Address | | | | |
| Last Seen Alive | Actual | 12/17/2006 | Actual | 1309 GAY HARTLEY | | | HARRISON | JAIL |
| Death: | Actual | 12/17/2006 | Actual | 1401 GPH ER - DR FEDUCCIA | | | HARRISON | Hospital |
| | | | | By Whom? Name/Address | | | | |
| Found Dead By : | | | | | | | | |

| | Date | Time | Officer: INV SHELBY | | |
|---|---|---|---|---|---|
| Police Notified: | 12/17/2006 | | 1401 Police Agency | MISSISSIPPI BUREAU OF INVESTIGATION | |
| Coroner/ME/Notified: | 12/17/2006 | | 1401 ByWhomName/Address: | GPH ER | |
| View of Body: | 12/17/2006 | | 1410 AT ER | | ☐ Not Viewed |

Witness To Injury or Illness and Death: Name/Address

**REASON FOR ASSUMING MEDICAL EXAMINER JURISDICTION** (Check ONE only)   Sudden/Unexpected

**Blood Sample Drawn** ✓ Yes ☐ No    **MANNER OF DEATH**

**Medico-Legal Autopsy Authorized** ✓ Yes ☐ No   **Pathologist:** DR PAUL McGARRY

**Probable Cause of Death:** MYOCARDIAL HYPOXIA DUE TO PULMONARY ATELECTASIS

**Due To:** 2) CONVULSIVE SEIZURE ACTIVITY, 3) PULMONARY EMBOLUS OF THE DEEP LEG VEINS AND PELVIC VEIN THROMBI

**Contributing Factor:**

**Other Autopsy Done** ☐ Yes ✓ No   **IS DECEDENT AN ORGAN DONOR?** ☐ Yes ✓ No (Please ask family, when all possible)

☐ Kidney   ☐ Eye   ☐ Any Needed Organ

hereby certify that after receiving notice of death described herein I took charge of the body and made inquiries regarding the cause of death in accordance with the Mississippi Code Annotated, and that the information contained herein regarding such death is true and correct to the best of my knowledge and belief.

_____   HARRISON

(Signature of Coroner or Medical Examiner)   County

Tuesday, January 09, 2007 14:46 Printed Date   Report Prepared By;   **GARY T HARGROVE**   **NO. 2401**

| Case Number: | 06-924-N | SSN: | 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 | Decedent: | LEE DEMOND SMITH |

**MEANS OF DEATH (Agency or Object)-IF DEATH OTHER THAN NATURAL**

If Moter Vehicle Involved: ☐ Driver ☐ Passenger ☐ Pedestrian ☐ Other
☐ Lap Belt Used ☐ Shoulder Belt Used ☐ Crash Helmet Worn ☐ None
☐ Hit-Run ☐ Non-Highway
Type of Vehicle ____ Description: ____

If Gun: ☐ Rifle-Cal. ____ ☐ Handgun-Cal. ____ ☐ Shotgun-Gau. ____ ☐ Unknown Type
Description:
☐ Stippling ☐ Smudging ☐ Abrasion Collar ☐ Round ☐ Oblong ☐ Stellate ☐ Surg. Treated ☐ Other
Location of Wounds (If no antopsy): ☐ Head ☐ Neck ☐ Chest ☐ Abdomen ☐ Buttocks ☐ Thighs
☐ Lower Legs ☐ Feet ☐ Upper Arms ☐ Lower Arms ☐ Hands ☐ Other

If Instrument: ____ What Kind: ____ ☐ Unknown Kind
Type and Location of Injuries: ____

If Drug. Poison, Chemical (suspected): ☐ Alcohol ☐ Other Drugs, Chemical or Poison (Specify By Name)
☐ Unknown Remarks/Symptions:
☐ Ingested ☐ Injected ☐ Inhaled ☐ Topical ☐ Other ☐ Unknown ____

**MEDICAL HISTORY**

CONDITION: ☐ Alcoholism ☐ Cancer ☐ Diabetes ☐ Drug Abuse ☐ Lung Disease ☐ Fractures
☐ Heart Disease ☐ Seizure (Specify) ☐ Other(Specify) ____
Doctor: ____ Where Treated: ____
Past Operative Procedures: ____

**MEDICATIONS**

MOTRIN

Next of Kin: LILLION SMITH - 374-1177
Body Conveyed By: RIEMANN'S/A & A MEMORIAL CHAPEL

The following forms are being submitted: ☐ Body Charts ☑ Toxicology Report ☐ Evidence Submission Form
☐ Organ Donation Form ☑ Permit for Autopsy ☐ Permit for Cremation

| Case Number: | 06-924-N | SSN: | 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 | Decedent: | **LEE DEMOND SMITH** |
|---|---|---|---|---|---|

## NARRATIVE SUMMARY

ON 12-17-06 AT APPROXIMATELY 1309 HOURS, EMS WAS SUMMONED TO THE HARRISON COUNTY JAIL FOR A MEDICAL EMERGENCY. UPON THEIR ARRIVAL, THE DECEASED WAS IN CARDIAC ARREST. RESUSCITATIVE MEASURES WERE CONTINUED AND HE WAS TRANSPORTED TO THE EMERGENCY ROOM WHERE HE WAS PRONOUNCED WHEN HE DID NOT RESPOND TO THE TREATMENT. ON VIEW, THE DECEASED WAS DRESSED IN INMATE CLOTHING, WHICH CONSISTED OF A T-SHIRT, PANTS, UNDERWEAR, AND SOCKS. THE SOCKS WERE LYING AT THE FOOT OF THE DECEASED. THE DECEASED WAS INCONTINENT. NO SIGNS OF INJURY COULD BE SEEN. THE DECEASED WAS THEN PHOTOGRAPHED AND REMOVED TO THE FUNERAL HOME FOR AN AUTOPSY.

INVESTIGATOR TRACY - HCSD

INVESTIGATOR TRACY ARRIVED AT THE EMERGENCY ROOM AND ADVISED THAT HE HAD BEEN TOLD THAT THE DECEASED WAS BY THE TELEVISION AT A TABLE WHEN HE COLLAPSED TO THE FLOOR. THE MEDICAL STAFF ARRIVED AS HE WAS COMING AROUND. INVESTIGATOR TRACY STATED THAT THEY TOLD HIM THAT THE DECEASED WANTED TO STAND UP AND WHEN HE DID, HE COLLAPSED AGAIN. HE STATED THAT THE DECEASED WAS THEN PUT IN HIS BOAT. INVESTIGATOR TRACY STATED THAT THEY SAID THAT THE DECEASED BEGAN TO VOMIT AND WAS TURNED OVER ONTO HIS SIDE. THE DECEASED QUIT BREATHING SHORTLY AFTER THAT.

ON 12-18-06, AN AUTOPSY WAS PERFORMED BY DR. PAUL McGARRY AT RIEMANN FUNERAL HOME. THE AUTOPSY SHOWED NO SIGNS OF TRAUMA. IT SHOWED THAT THE DECEASED HAD AN OLD SCAR AT THE LEFT ELBOW AND RIGHT FOREARM. IT SHOWED THAT HE HAD A PLANTAR WART ON THE SOLE OF EACH FOOT. IT SHOWED THAT THE HEART WAS HYPOXIC AND DILATED AND THAT HE HAD BLOODY FLUID IN HIS STOMACH. IT SHOWED THAT THE LUNGS WERE ATELECTATIC AND THAT HE HAD A BITTEN TONGUE. IT SHOWED BILATERAL PULMONARY EMBOLI AND THERE WAS SMALL RESIDUAL EMBOLI IN THE DEEP LEG VEINS AND EMBOLI IN THE PELVIC VEINS. FLUIDS AND PHOTOGRAPHS TAKEN. TOXICOLOGY SHOWED THE DECEASED WAS NEGATIVE FOR DRUGS AND ALCOHOL.

MBI INVESTIGATION

INVESTIGATOR SHELBY STATED THAT THE WITNESSES STATED THAT THE DECEASED WALKED OVER TO A TABLE AND BENT OVER TO LEAN ON IT WHEN HE COLLAPSED TO THE FLOOR AND HAD SEIZURE ACTIVITY. THE STATEMENTS SHOWED THAT THE DECEASED THEN CAME TO AND STATED THAT HE HAD NOT TAKEN ANY DRUGS AND WANTED TO STAND UP. THE STATEMENTS INDICATED THAT THE DECEASED WAS INCONTINENT AT THAT TIME. THE STATEMENTS INDICATED THAT THE DECEASED STOOD UP AND COLLAPSED AGAIN TO THE FLOOR AND BEGAN TO HAVE SEIZURE ACTIVITY AGAIN. THE STATEMENTS INDICATED THAT THE DECEASED THEN BECAME UNRESPONSIVE AND CPR WAS BEGUN. THEY INDICATED THAT EMS ARRIVED AND ADVANCED LIFE SUPPORT MEASURES WERE BEGUN AND THE DECEASED WAS THEN TRANSPORTED TO THE EMERGENCY ROOM.

THE DECEASED'S DEATH IS RULED NATURAL. THE CAUSE OF DEATH IS DUE TO MYOCARDIAL HYPOXIA DUE TO PULMONARY ATELECTASIS DUE TO CONVULSIVE SEIZURE ACTIVITY DUE TO PULMONARY EMBOLUS OF THE DEEP LEG VEINS AND PELVIC VEIN THROMBI.