UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LASHUN SMITH, INDIVIDUALLY § <br> AND ON BEHALF OF ALL § <br> WRONGFUL DEATH § <br> BENEFICIARIES OF LEE DEMOND § <br> SMITH, DECEASED § <br> § <br> V. § <br> § <br> BOOKING ROOM DEPUTY JERRED § <br> MARK NECAISE, CENTRAL § <br> CONTROL OFFICER LEAH § <br> RICHARDSON, AMERICAN § <br> CORRECTIONAL ASSOCIATION, § <br> and JOHN AND/OR JANE DOES 1-50 § <br> EMPLOYEES OF AMERICAN § <br> CORRECTIONAL ASSOCIATION § | | PLAINTIFF <br><br><br><br><br><br> CAUSE NO. 1:07cv1256-LG-JMR <br><br><br><br><br><br><br><br><br> DEFENDANTS |

**ORDER DISMISSING REMAINING DEFENDANTS WITHOUT PREJUDICE**

BEFORE THE COURT is the Court's Order to Show Cause [167]. The Court dismissed most of the Defendants on summary judgment by order dated September 27, 2010. The case is currently set for Pre-Trial Conference on October 13. The Court ordered Plaintiff Lashun Smith to show cause why the remaining Defendants should not be dismissed for failure to serve process. She failed to respond. The Court has examined the record and finds that the case was filed in 2007 and to date, the remaining Defendants have not yet been served with process. The remaining Defendants are therefore dismissed without prejudice and this case is finally closed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that for the reasons stated above, the remaining Defendants Jerred Mark Necaise, Leah Richardson,

American Correctional Association and its unknown employees are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 5th day of October, 2010.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE